**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re:   YINDEEROOP, APIWAT J. | Chapter 7 |
| Debtor(s) | Case No. 18-82010 |
| | JUDGE THOMAS M. LYNCH |

### CERTIFICATE OF SERVICE

The undersigned certifies that on March 7, 2019, she served upon all persons to whom it is directed via electronic communication as indicated below and by United States Mail as indicated on the attached service list, a copy of the Notice of Trustee's Final Report.

Attorney Kelli D. Walker
15 E. Third Street
P.O. Box 535
Sterling, IL  61081
kelliwalker158@gmail.com

Patrick S. Layng
Office of the U.S. Trustee
780 Regent Street, Suite 304
Madison, WI 53715
USTPRegion11.MD.ECF@usdoj.gov

                                /s/ Colleen M. Lemek

Joseph D. Olsen, Trustee
YALDEN, OLSEN & WILLETTE
1318 East State Street
Rockford, IL 61104-2228
815-965-8635 (phone)
815-965-4573 (fax)
jolsenlaw@comcast.net

Final Report Certificate of Service.wpd

Apiwat J. Yindeeroop
1107 N. Hill Drive
Dixon, IL  61021

Patrick S. Layng
Office of the U.S. Trustee
780 Regent Street, Suite 304
Madison, WI 53715

Cavalry SPV I, LLC
500 Summit Lake Drive, Suite 400
Valhalla, NY 10595

Capital One Bank (USA), N.A.
P.O. Box 71083
Charlotte, NC  28272-1083

RRCA Accounts Management, Inc.
201 E. Third Street
Sterling, IL  61081

Chase Bank USA, N.A.
c/o Robertson Anschutz & Schneid, P.L.
6409 Congress Avenue, Suite 100
Boca Raton, FL  33487

Navient Solutions, LLC
220 Lasley Avenue
Wilkes-Barre, PA  18706

Navient Solutions, LLC
on behalf of Dept. of Ed. Loan
P.O. Box 9635
Wilkes-Barre, PA  18773-9635

Midland Funding LLC
P.O. Box 2011
Warren, MI  48090

Citibank, N.A.
701 E. 60th Street North
Sioux Falls, SD  57117

Ally Bank
P.O. Box 130424
Roseville, MN  55113-0004